FILED
CHARLOTTE, N.C.

2005 MAY -6 PM 1:47

U.S. DISTRICT COURT
W. DIST. OF N.C.



**North Carolina Western**
**MEMORANDUM**

**Date:** April 27, 2005

**To:** The Honorable Richard L. Voorhees
U.S. District Judge

**From:** Russell S. Craig
U.S. Probation Officer

**Subject:** Sampson Taylor
Case No.: 3:01CR148-12

---

Mr. Sampson Taylor appeared before the Honorable H. Brent McKnight on 12/17/03 and pled guilty to Conspiracy to Possess With Intent to Distribute Cocaine, Cocaine Base, Dilaudid and Heroin, in violation of 21:841(a)(1); 851. Mr. Taylor was sentenced to twenty-four (24) months imprisonment followed by six (6) years supervised release. Mr. Taylor was released from incarceration on 03/01/05.

Mr. Taylor has remained unemployed since his release from the Bureau of Prisons on 03/01/05. Mr. Taylor has requested permission to be employed with his brother, David Taylor, with Piedmont Adolescent Services. According to Sampson Taylor he is requesting permission to be employed in the following capacity, Residential Counselor, Property Manager and One on One Counselor. I, along with Supervising U.S. Probation Officer Randall T. Richardson, have expressed our concern to Sampson Taylor and David Taylor regarding employment with Piedmont Adolescent Services. Our specific concerns are that Mr. Taylor has an extensive drug history which began at the age of 13 and ultimately progressed to the use of crack cocaine. According to his Presentence Report, Sampson used heavily until his arrest for the instant drug offense. If Mr. Taylor is allowed to be employed as a counselor or property manager for his brother, he will be responsible for, or have access to, narcotics, which are prescribed for minors at their facility/property. As Mr. Taylor's supervising U.S. Probation Officer, I feel that there is the potential for a third party risk based on Mr. Taylor's unsupervised access to medications. I am concerned, as Mr. Taylor's supervising U.S. Probation Officer, that I will not be able to notify the third party risk involved as they are minors. Both Sampson and his brother, David, have been notified of our concerns and we explained we would notify the Court and wait the Court's decision regarding this matter.

Please mark the appropriate box as to Your Honor's recommendation regarding this matter.

At this time I would like to thank you for your attention in this matter. Should Your Honor have any questions regarding this matter, please contact my office at 704/350-7649.

Approved by: _____
Randall T. Richardson
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[ ] Approve employment with Piedmont Adolescent Services/Property Manger or One on One Counselor

[✔] Deny employment with Piedmont Adolescent Services/Property Manager or One on One Counselor

May 4, 2005
Date

_____
Signature of Judicial Official
U.S.P.J.